EDMUND A. SMITH et al., Respondents, *v.* GUSTAVUS ISAACS,
Appellant.

(Argued October 5, 1874; decided November 10, 1874.)

THIS was an action to recover for a quantity of wet hair alleged to have been sold and delivered by plaintiffs to defendant.

To show the quantity of hair delivered plaintiffs proved that the men employed to carry the hair to a bin, from whence it was taken by defendant, reported the number of baskets to plaintiffs' foreman who entered the same upon a slate kept for that purpose. These entries were transcribed weekly from the slate to a book. This book was offered in evidence and received under objection. It was conceded, on the argument, that this was error, but respondent claimed the error could not have injured. *Held*, that as the other evidence did not conclusively show the quantity but was, in some respects, conflicting, it did not appear that the incompetent evidence had no weight.

*Samuel Hand* for the appellant.

*John L. Hill* for the respondents.

GROVER, J., reads for reversal and new trial.
All concur.
Judgment reversed.